**Aaron J. THIERET, Plaintiff/Appellant,**

v.

**Lonita & Richard BAER, Defendants/Respondents.**

**No. 73521.**

Missouri Court of Appeals, Eastern District, Division Five.

July 31, 1998.

John P. Heisserer, Cape Girardeau, for plaintiff/appellant.

T. Michael Ward, David P. Bub, St. Louis, for defendants/respondents.

Before CRAHAN, C.J., RICHARD B. TEITELMAN, J. and ROBERT E. CRIST, Senior Judge.

*ORDER*

PER CURIAM.

Plaintiff Aaron J. Thieret appeals the judgment dismissing his negligence action against Defendants Lonita and Richard Baer for failure to state a claim upon which relief can be granted. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order. The

judgment is affirmed in accordance with Rule 84.16(b).

**Steven T. CARR, Plaintiff/Respondent,**

v.

**HUNTLEY CONSTRUCTION, Defendant/Appellant.**

**No. 73661.**

Missouri Court of Appeals, Eastern District, Division Four.

July 31, 1998.

Jeffrey A. Cohen, Clayton, for defendant/appellant.

Steven T. Carr, Brentwood, pro se.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Builder appeals from a judgment in which damages were awarded to homeowner for the deterioration of a driveway builder constructed. Builder asserts homeowner failed to prove causation. We affirm.

No error of law appears, and a written opinion would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).